**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-1167**

―――――――――――

LAL M'MALANI,

                              Plaintiff - Appellant,

        versus

NEWPORT  NEWS  SHIPBUILDING  AND  DRY  DOCK
COMPANY,

                              Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CA-97-7-4)

―――――――――――

Submitted:  April 29, 1998            Decided:  May 15, 1998

―――――――――――

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Lal M'malani, Appellant Pro Se.  Dean C. Berry, NEWPORT NEWS SHIP-BUILDING & DRY DOCK COMPANY, Newport News, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant M'malani appeals the district court's grant of summary judgment to Newport News Shipyard and Drydock Company on his claim of employment discrimination under the Age Discrimination in Employment Act, 29 U.S.C.A. §§ 621-634 (West Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. M'malani v. Newport News Shipbuilding and Dry Dock Co., No. CA-97-7-4 (E.D. Va. Jan. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2